IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAKOTA MATTING AND
ENVIRONMENTAL SOLUTIONS, LLC                                              PLAINTIFF

v.                                     Case No. 1:22-cv-1048

TEXAS CLT, LLC                                                             DEFENDANT

## JUDGMENT

For the reasons discussed in the December 8, 2022 order (ECF No. 10), judgment is hereby entered in favor of Plaintiff Dakota Matting and Environmental Solutions, LLC against Defendant Texas CLT, LLC in the amount of $465,260.00.  Further, the Court awards Plaintiff attorney's fees in the amount of $6,203.00 and costs in the amount of $410.06.  ECF No. 12.

**IT IS SO ORDERED**, this 10th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge